# In the United States Court of Federal Claims

No. 25-1235T
(Filed: October 16, 2025)
**NOT FOR PUBLICATION**

**************************************

GILBERT LAU,                          *
                                      *
              Plaintiff,              *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
              Defendant.              *
                                      *

**************************************

## ORDER

The Court is in receipt of Plaintiff's motion to withdraw his lawsuit against Defendant without prejudice. *See* Motion (ECF 19). The Court **GRANTS** the motion and, accordingly, pursuant to Rule 41(a), the case is dismissed without prejudice, with all parties to bear their own costs and fees.

On September 26, 2025, the Court received Plaintiff's submission entitled "Unredacted Second Amended Complaint." Also, on October 6, 2025, the Court received Plaintiff's submission entitled "Plaintiff's Motion for Telephone Oral Argument or Alternative On-Site Oral Argument for Good Cause." In light of the fact that Plaintiff has filed his motion to withdraw his lawsuit against the Defendant (ECF 19), Plaintiff's September 26 and October 6 submissions are hereby **REJECTED**.

The Clerk is directed to enter judgment.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge